**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARRY SHAPIRO,<br><br>       Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendant. | Case No. 20-cv-02592 (PMH)<br><br>ECF Case<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT |

Pursuant to the filed stipulation between Plaintiff and Defendant Experian Information Solutions, Inc., it is ORDERED that the Clerk's Certificate of Default previously entered in this matter against Defendant Experian Information Solutions, Inc. (ECF No. 8) is set aside and Experian will Answer or otherwise respond to the Complaint on June 4, 2020.

Dated: New York, NY
       May 19, 2020

_____
HON. PHILIP M. HALPERN
United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY SHAPIRO,<br><br>      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendant. | Case No. 20-cv-02592 (PMH)<br><br>ECF Case<br><br>**STIPULATION TO SET ASIDE DEFAULT** |

      THE PARTIES, THROUGH COUNSEL, STIPULATE AS FOLLOWS:

      WHEREAS, on March 31, 2020, Plaintiff commenced this action by filing the Complaint (ECF No. 1),

      WHEREAS, on May 5, 2020, the Clerk's Certificate of Default was entered (ECF No. 8),

      NOW, THEREFORE, in consideration of the foregoing and covenants set forth herein, the Parties hereby stipulate and agree as follows:

      1.      On May 16 and May 17, 2020, counsel for the Parties conferred regarding the entry of default.  Experian's counsel expressed that service was not made upon an authorized agent.  Counsel for the Parties agreed to set aside the Clerk's Certificate of Default entered against Experian.

      2.      Counsel for the parties agreed that Experian shall Answer or otherwise respond to the Complaint on June 4, 2020.

**SO STIPULATED:**

Dated: May 18, 2020

_____
Santiago J. Teran
Price Law Group, APC
1001 N Federal Hwy, Ste 349
Hallandale, FL 33009
T: (818) 600-5586
F: (818) 600-5486
E: santiago@pricelawgroup.com

*Attorneys for Plaintiff*
*Barry Shapiro*

_____
Cealagh P. Fitzpatrick
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3648
Fax: (212) 755-7306
Email: cfitzpatrick@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

- 2 -